In the Matter of JOHN L. EADIE et al., Appellants, v TOWN BOARD OF THE TOWN OF NORTH GREENBUSH et al., Respondents.

Submitted May 15, 2006; decided June 6, 2006

Motion by Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC to withdraw as counsel for the Town respondents granted. Motion by the Gallogly respondents, treated as a motion to limit briefing and argument on the appeal, denied.

Judge READ taking no part.